IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS
PROBATE DIVISION IV

FILED
2014 JAN -2 AM 10: 00
MELINDA REYNOLDS
FAULKNER COUNTY CLERK
BY_____

IN THE MATTER OF PAISLEY FAYTH PROBST
and
JACKSON DANIELS PROBST (MINORS)    CASE NO. 23PR-13-621 (IV)

### ORDER APPOINTING GUARDIAN AD LITEM

NOW, on this 2nd day of January, 2014, this cause coming on to be heard upon the Joint Petition for the Appointment of a Guardian Ad Litem, for Paisley Fayth Probst and Jackson Daniels Probst, minors, it is so Ordered by the Court that A. Powell Sanders, be and hereby is appointed Guardian Ad Litem for Paisley Fayth Probst and Jackson Daniels Probst, minors. It is further Ordered that the Clerk of the Probate Court issue Letters Appointing A. Powell Sanders as Guardian ad Litem authorizing him to review offers of settlement the minor children receive as a result of a wrongful death case filed as Case No. 23CV-12-748 in Faulkner County, and make recommendations to the Court as to whether said settlement is in the best interest of the minor children. As an officer of the Court, A. Powell Sanders is allowed to serve with no bond.

ORIGINAL SIGNED BY
*David M. Clark*

_____
Honorable Judge David Clark
Faulkner County Circuit Court
Probate Division

Cc:  A. Powell Sanders, Esq.
     Phil Votaw, Esq.


EXHIBIT A

Erin Narciss Powell
Gary Herbert, Esq.
Todd Tracey, Esq.

## CERTIFICATE OF SERVICE

I, Phil Votaw, the Attorney for the Plaintiff(s) herein, do hereby certify that a true and correct copy has been served upon the persons listed, by depositing the same with the U.S. Postal Service, postage prepaid, addressed to:

Todd Tracy, Esq.
ATTORNEY AT LAW
5473 Blair Road, Suite 200
Dallas, TX 75231 – 4168

Gary Herbert, Esq.
MCGLINCHLEY STAFFORD
Poydras Street, 12th floor
New Orleans, LA 70130

A. Powell Sanders, Esq.
ATTORNEY AT LAW
17 N. 6th Street
Fort Smith, AR 72902

Erin Powell
HC 61 Box 248
Sallisaw, OK 74955

This 24th day of December 2013.

_____
Phil Votaw