IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS
PROBATE DIVISION IV

IN THE MATTER OF PAISLEY FAYTH PROBST
and
JACKSON DANIELS PROBST (MINORS) CASE No. 23PR-621 (IV)

**ORDER**

NOW, on this 20th day of April, 2015, this cause to be heard before the Court, the Plaintiff(s) Motion to Allow Guardian Ad Litem, Erin Narciss Powell, for Paisley Fayth Probst and Jackson Daniels Probst, minors, to transfer funds currently held in trust in Armstrong Bank, in Sallisaw, Oklahoma, to Arvest Bank.

IT IS SO ORDERED by the Court that Erin Narciss Powell, Guardian Ad Litem, for Paisley Fayth Probst and Jackson Daniels Probst, minors, be allowed to transfer the funds from Armstrong Bank to Arvest bank, to be held in trust, in the same matter adhering to the same restrictions as ordered by this Court that were applicable to Armstrong Bank.

ORIGINAL SIGNED BY
David M. Clark
Honorable Judge David Clark
Faulkner County Circuit Court
Probate Division

Cc:  A. Powell Sanders, Esq.
     Phil Votaw, Esq.
     Erin Narciss Powell
     Gary Herbert, Esq.
     Todd Tracey, Esq.


EXHIBIT B

## CERTIFICATE OF SERVICE

I, Phil Votaw, the Attorney for the Plaintiff(s) herein, do hereby certify that a true and correct copy has been served upon the persons listed, by depositing the same with the U.S. Postal Service, postage prepaid, addressed to:

Todd Tracy, Esq.
Attorney At Law
THE TRACY FIRM
5473 Blair Road, Suite 200
Dallas, TX 75231 – 4168

Gary Herbert, Esq.
Attorney At Law
MCGLINCHLEY STAFFORD
Poydras Street, 12th floor
New Orleans, LA 70130

A. Powell Sanders, Esq.
Attorney At Law
SEXTON & SANDERS LAW FIRM
17 N. 6th Street
Fort Smith, AR 72902

Erin Powell
HC 61 Box 248
Sallisaw, OK 74955

This 23rd day of March, 2015

_____
Phil Votaw