## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ERIN POWELL, as next friend to J.P., a minor child | * * * | |
| Plaintiff | * * | |
| V. | * * | NO: 4:14CV00661 SWW |
| GRACO CHILDREN'S PRODUCTS, INC. | * * * | |
| Defendant | * | |

## ORDER of DISMISSAL

Before the Court is the parties' notice of stipulated dismissal with prejudice [ECF No. 35]. The parties report that they have settled their dispute, and they agree that the case should be dismissed with prejudice, with each side to bear its own costs and attorney's fees.

IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 30th DAY OF JUNE, 2016

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE